The TURFGRASS GROUP, INC. and University of Georgia Research Foundation, Inc., Plaintiffs–Appellants,

v.

CAROLINA FRESH FARMS, INC., Carolina Fresh Farms, L.L.C., formerly known as Carolina Fresh Farms, Inc., and John A. Fogle, Sr., Defendants–Appellees.

No. 2014–1017.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2014.

Damon C. Wlodarczyk, Riley Pope & Laney, LLC, Columbia, SC, argued for plaintiffs-appellants. Of counsel on the brief was Duff Nolan, Nolan Law Group, PLLC, Stuttgart, AZ.

Robert F. Goings, Goings Law Firm, LLC, Columbia, SC, argued for defendants-appellees. Of counsel on the brief was Christian E. Boesl, Collins & Lacy, P.C., Columbia, SC.

PROST, Chief Judge, NEWMAN and TARANTO, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**